# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION | : <br> : Case No. 2:19-md-02921 (BRM) (JAD) <br> : MDL No. 2921 <br> : <br> : JUDGE BRIAN R. MARTINOTTI <br> : JUDGE JOSEPH A. DICKSON |

**THIS DOCUMENT RELATES TO:**

*Jessica Valdez et al. v. Allergan, Inc. et al.,* **Case No.: 2:20-cv-00034-BRM-JAD**

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, Jessica Valdez, Jennifer Encinas, Marcie Gawronski, and Amy LaGioia and their undersigned counsel hereby give notice that they voluntarily dismiss this action without prejudice.

Dated: July 28, 2020

SO ORDERED:

*[signature]*

_____
**BRIAN R. MARTINOTTI, U.S.D.J**
**Dated: 07/28/2020**

LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY, & PROCTOR,
P.A.

By: /s/ *Virginia M. Buchanan*
Virginia M. Buchanan, Esquire
316 South Baylen Street (32502)
P. O. Box 12308
Pensacola, Florida 32591
(850) 435-7023
(850) 436-6023
vbuchanan@levinlaw.com
FBN: 793116
*Attorney for Plaintiff(s)*